# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

HERBERT S. OLSON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

CV 08    0670

AARON SCHMADEKE, ALYCE SCHMADEKE, dba COTTAGE COFFEE SHOP, BETTY J. OWENS, Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, THOMAS E. STITES, as Trustee of the THOMAS E. STITES Trust dated January 28, 1999, and DOES ONE to FIFTY, inclusive



TO: (Name and address of defendant)

AARON and ALYCE SCHMADEKE, 10348 Del Monte Way, Kelseyville, CA 95451
BETTY J. OWENS, 1060 N. Main Street #1, Lakeport, CA 95453
THOMAS E. STITES, 16160 Caruthers Street, Whittier, CA 90603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JASON K. SINGLETON
RICHARD E. GRABOWSKI
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JAN 2 8 2008
DATE



SIMONE VOLTZ
(BY) DEPUTY CLERK