ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
DAVID W. BERRY, SBN 180995
JENNIFER M. MILLIER, SBN 253814
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone:  (707) 542-5050
Facsimile:  (707) 542-2589

Attorney for Defendants,
AARON SCHMEDEKE, ALYCE SCHMEDEKE,
and BETTY J. OWENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>    Plaintiff,<br><br>Vs.<br><br>AARON SCHMADEKE, ALYCE SCHMEDEKE, dba COTTAGE COFFEE SHOP, BETTY J. OWENS, as Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, THOMAS E. STITES, as Trustee of the THOMAS E. STITES TRUST dated January 28, 1994, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 3:08-cv-00670-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that defendants AARON SCHMEDEKE, ALYCE SCHMEDEKE, and BETTY J. OWENS, as Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, may have until March 31, 2008, to respond to the Complaint on file herein. It is the belief of all parties that in the interest of reaching settlement, the time for responding to the Complaint on file herein should be extended.

    IT IS FURTHER STIPULATED by and between the parties, through their respective counsel, that all parties and counsel may have until May 19, 2008 to hold a joint inspection

///

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

of the premises in question, COTTAGE COFFEE SHOP.

Dated: February 28, 2008                          Dated: February 28, 2008

By: _____                        By: _____
    JASON K. SINGLETON                                 JENNIFER M. MILLIER
    Attorney for Plaintiff                             Attorney for Defendants

**IT IS SO ORDERED.**

Dated: _____, 2008
                                                  _____
                                                  JOSEPH C. SPERO, Magistrate Judge

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile: (707) 542-2589

-2-
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**