1  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   DAVID W. BERRY, SBN 180995
2  JENNIFER M. MILLIER, SBN 253814
   100 Stony Point Road, Suite 200
3  P.O. Box 1566
   Santa Rosa, CA 95402-1566
4  Telephone:   (707) 542-5050
   Facsimile:   (707) 542-2589
5
   Attorney for Defendants,
6  AARON SCHMEDEKE, ALYCE SCHMEDEKE,
   and BETTY J. OWENS
7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 HERBERT S. OLSON,                  Case No. 3:08-cv-00670-JCS

11        Plaintiff,                  **STIPULATION FOR EXTENSION OF
                                      TIME TO RESPOND TO COMPLAINT**
12 Vs.

13 AARON SCHMADEKE, ALYCE
   SCHMEDEKE, dba COTTAGE COFFEE
14 SHOP, BETTY J. OWENS, as Trustee of the
   BETTY J. OWENS REVOCABLE TRUST OF
15 1994, THOMAS E. STITES, as Trustee of the
   THOMAS E. STITES TRUST dated January
16 28, 1994, and DOES ONE to FIFTY, inclusive,

17        Defendants.
                                      /
18

19

20        IT IS HEREBY STIPULATED by and between the parties, through their respective

21 counsel, that defendants AARON SCHMEDEKE, ALYCE SCHMEDEKE, and BETTY J.

22 OWENS, as Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, may

23 have until March 31, 2008, to respond to the Complaint on file herein. It is the belief of

24 all parties that in the interest of reaching settlement, the time for responding to the Complaint

25 on file herein should be extended.

26        IT IS FURTHER STIPULATED by and between the parties, through their respective

27 counsel, that all parties and counsel may have until May 19, 2008 to hold a joint inspection

28 ///

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  of the premises in question, COTTAGE COFFEE SHOP.

3  Dated: February 28, 2008                                  Dated: February 28, 2008

7  By: /s/ JASON K. SINGLETON                                By: /s/ JENNIFER M. MILLIER
      JASON K. SINGLETON                                         JENNIFER M. MILLIER
      Attorney for Plaintiff                                     Attorney for Defendants

10 **IT IS SO ORDERED.**

12 Dated: _____March 4_____, 2008

      JOSEPH C. SPERO, Magistrate Judge
      (United States District Court, Northern District of California)

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile: (707) 542-2589

-2-
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**