```
 1  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
    DAVID W. BERRY, SBN 180995
 2  JENNIFER M. MILLIER, SBN 253814
    100 Stony Point Road, Suite 200
 3  P.O. Box 1566
    Santa Rosa, CA  95402-1566
 4  Telephone:   (707) 542-5050
    Facsimile:   (707) 542-2589
 5
    Attorney for Defendants,
 6  AARON SCHMEDEKE, ALYCE SCHMEDEKE,
    and BETTY J. OWENS
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, | Case No.  3:08-cv-00670-JCS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Vs. | |
| AARON SCHMADEKE, ALYCE SCHMEDEKE, dba COTTAGE COFFEE SHOP, BETTY J. OWENS, as Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, THOMAS E. STITES, as Trustee of the THOMAS E. STITES TRUST dated January 28, 1994, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that defendants AARON SCHMEDEKE, ALYCE SCHMEDEKE, and BETTY J. OWENS, as Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, may have until March 31, 2008, to respond to the Complaint on file herein.  It is the belief of all parties that in the interest of reaching settlement, the time for responding to the Complaint on file herein should be extended.

IT IS FURTHER STIPULATED by and between the parties, through their respective counsel, that all parties and counsel may have until May 19, 2008 to hold a joint inspection

///

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

of the premises in question, COTTAGE COFFEE SHOP.

Dated: February 28, 2008

Dated: February 28, 2008

By: /s/ JASON K. SINGLETON
JASON K. SINGLETON
Attorney for Plaintiff

By: /s/ JENNIFER M. MILLIER
JENNIFER M. MILLIER
Attorney for Defendants

IT IS SO ORDERED.

Dated: March 4, 2008

JOSEPH C. SPERO
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile: (707) 542-2589

-2-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT