ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
DAVID W. BERRY, SBN 180995
JENNIFER M. MILLIER, SBN 253814
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050
Facsimile: (707) 542-2589

ATTORNEYS FOR DEFENDANTS, OWENS AND SCHMADEKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>    Plaintiff,<br><br>Vs.<br><br>AARON SCHMADEKE, ALYCE SCHMADEKE, dba COTTAGE COFFEE SHOP, BETTY J. OWENS, Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, THOMAS E. STITES, as Trustee of the THOMAS E. STITES Trust dated January 28, 1999, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants._____/ | Case No. 3:08-cv-00670-JCS<br><br>**NOTICE OF ENTRY OF ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

PLEASE TAKE NOTICE that on March 4, 2008, the Honorable Magistrate Judge Joseph C. Spero granted Defendants' Stipulation For Extension of Time to Respond to Complaint. A true and correct copy of said order is attached as Exhibit "A" hereto.

Dated: March 4, 2008                ABBEY, WEITZENBERG, WARREN & EMERY

                                                        By: _____
                                                        Jennifer M. Millier
                                                        Attorney for Defendants

-1-
Notice of Entry of Order

Case 3:08-cv-00670-JCS    Document 9    Filed 03/05/2008    Page 2 of 5

EXHIBIT A

Case 3:08-cv-00670-JCS    Document 9    Filed 03/05/2008    Page 3 of 5
03/03/2008  13:52   17074411533        SINGLETON LAW GROUP              PAGE  01
Case 3:08-cv-00670-JCS    Document 6    Filed 03/03/2008    Page 1 of 2

```
 1  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
    DAVID W. BERRY, SBN 180995
 2  JENNIFER M. MILLIER, SBN 253814
    100 Stony Point Road, Suite 200
 3  P.O. Box 1566
    Santa Rosa, CA  95402-1566
 4  Telephone:    (707) 542-5050
    Facsimile:    (707) 542-2589
 5
    Attorney for Defendants,
 6  AARON SCHMEDEKE, ALYCE SCHMEDEKE,
    and BETTY J. OWENS
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
    HERBERT S. OLSON,                      Case No.  3:08-cv-00670-JCS
11
            Plaintiff,                     STIPULATION FOR EXTENSION OF
                                           TIME TO RESPOND TO COMPLAINT
12
    Vs.
13
    AARON SCHMADEKE, ALYCE
14  SCHMEDEKE, dba COTTAGE COFFEE
    SHOP, BETTY J. OWENS, as Trustee of the
15  BETTY J. OWENS REVOCABLE TRUST OF
    1994, THOMAS E. STITES, as Trustee of the
16  THOMAS E. STITES TRUST dated January
    28, 1994, and DOES ONE to FIFTY, inclusive,
17
            Defendants.
18                                                /
19
20          IT IS HEREBY STIPULATED by and between the parties, through their respective
21  counsel, that defendants AARON SCHMEDEKE, ALYCE SCHMEDEKE, and BETTY J.
22  OWENS, as Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, may
23  have until March 31, 2008, to respond to the Complaint on file herein.  It is the belief of
24  all parties that in the interest of reaching settlement, the time for responding to the Complaint
25  on file herein should be extended.
26          IT IS FURTHER STIPULATED by and between the parties, through their respective
27  counsel, that all parties and counsel may have until May 19, 2008 to hold a joint inspection
28  ///
```

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Case 3:08-cv-00670-JCS    Document 9    Filed 03/05/2008    Page 4 of 5
03/03/2008  13:52  17074411533      SINGLETON LAW GROUP           PAGE 02
Case 3:08-cv-00670-JCS    Document 6    Filed 03/04/2008    Page 2 of 2

of the premises in question, COTTAGE COFFEE SHOP.

Dated: February 28, 2008                    Dated: February 28, 2008

By: /s/ JASON K. SINGLETON              By: /s/ JENNIFER M. MILLIER
Attorney for Plaintiff                   Attorney for Defendants

**IT IS SO ORDERED.**

Dated: ___March 4___, 2008

/s/ Joseph C. Spero
JOSEPH C. SPERO, Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile: (707) 542-2589

-2-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

# PROOF OF SERVICE
## [Code Civ. Proc. § 1013(a)]

I am employed in the County of Sonoma, California.

I am over the age of eighteen (18) years and not a party to the within cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401. On the date set out below, I served the attached:

**Notice Of Entry Of Order Regarding Extension Of Time To Respond To Complaint**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Jason K. Singleton<br>Richard E. Grabowski<br>SINGLETON LAW GROUP<br>611 "L" Street, Ste. A<br>Eureka, CA 95501 | Counsel for Plaintiff<br>Herbert S. Olson<br><br>Telephone: (707) 441-1177<br>Facsimile: (707) 441-1533 |

XX     (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

_____     (BY OVERNIGHT MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for overnight mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the overnight mail provider the same day as it is placed for processing.

_____     (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee(s) noted above.

_____     (BY FACSIMILE) I caused said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

_____     (BY ELECTRONIC TRANSMISSION) I caused said document to be transmitted electronically to the email addresses indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 4, 2008, in Santa Rosa, California.

*Linda Martinez*
Linda Martinez

PROOF OF SERVICE