ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
DAVID W. BERRY, SBN 180995
JENNIFER M. MILLIER, SBN 253814
P.O. Box 1566
Santa Rosa, CA  95402-1566
Telephone:    (707) 542-5050
Facsimile:     (707) 542-2589

ATTORNEYS FOR DEFENDANTS, AARON SCHMADEKE, ALYCE SCHMADEKE, DBA COTTAGE COFFEE SHOP, BETTY J. OWENS, TRUSTEE OF THE BETTY J. OWENS REVOCABLE TRUST OF 1994

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>AARON SCHMADEKE, ALYCE SCHMADEKE, dba COTTAGE COFFEE SHOP, BETTY J. OWENS, Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, THOMAS E. STITES, as Trustee of the THOMAS E. STITES Trust dated January 28, 1999, and DOES ONE to FIFTY, inclusive,<br><br>　　　　Defendants.　　　　／ | Case No.  3:08-cv-00670-JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 7, 2008                          Abbey, Weitzenberg, Warren & Emery

_____
JENNIFER M. MILLIER, Counsel for Defendants, AARON SCHMADEKE, ALYCE SCHMADEKE, DBA COTTAGE COFFEE SHOP, BETTY J. OWENS, TRUSTEE OF THE BETTY J. OWENS REVOCABLE TRUST OF 1994

-1-

Consent to Proceed Before a United States Magistrate Judge

# PROOF OF SERVICE
## [Code Civ. Proc. § 1013(a)]

I am employed in the County of Sonoma, California.

I am over the age of eighteen (18) years and not a party to the within cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401. On the date set out below, I served the attached:

**Consent to Proceed Before A United States Magistrate Judge**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Jason K. Singleton | Counsel for Plaintiff |
| Richard E. Grabowski | Herbert S. Olson |
| SINGLETON LAW GROUP | |
| 611 "L" Street, Ste. A | Telephone: (707) 441-1177 |
| Eureka, CA 95501 | Facsimile: (707) 441-1533 |

__XX__ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

_____ (BY OVERNIGHT MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for overnight mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the overnight mail provider the same day as it is placed for processing.

_____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee(s) noted above.

_____ (BY FACSIMILE) I caused said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

_____ (BY ELECTRONIC TRANSMISSION) I caused said document to be transmitted electronically to the email addresses indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 7, 2008, in Santa Rosa, California.

_____
Linda Martinez

PROOF OF SERVICE