1  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   DAVID W. BERRY, SBN 180995
2  JENNIFER M. MILLIER, SBN 253814
   100 Stony Point Road, Suite 200
3  P.O. Box 1566
   Santa Rosa, CA 95402-1566
4  Telephone:  (707) 542-5050
   Facsimile:  (707) 542-2589
5
   Attorney for Defendants,
6  AARON SCHMEDEKE, ALYCE SCHMEDEKE,
   and BETTY J. OWENS
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10  HERBERT S. OLSON,                    Case No. 3:08-cv-00670-JCS

11         Plaintiff,                    **STIPULATION FOR EXTENSION OF
                                         TIME TO RESPOND TO COMPLAINT**
12  Vs.

13  AARON SCHMADEKE, ALYCE
    SCHMEDEKE, dba COTTAGE COFFEE
14  SHOP, BETTY J. OWENS, as Trustee of the
    BETTY J. OWENS REVOCABLE TRUST OF
15  1994, THOMAS E. STITES, as Trustee of the
    THOMAS E. STITES TRUST dated January
16  28, 1994, and DOES ONE to FIFTY, inclusive,

17         Defendants.
                                         /
18

19

20         IT IS HEREBY STIPULATED by and between the parties, through their respective

21  counsel, that defendants AARON SCHMEDEKE, ALYCE SCHMEDEKE, and BETTY J.

22  OWENS, as Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, may

23  have until April 4, 2008, to respond to the Complaint on file herein. It appears that settlement is

24  imminent and, if the Court extends the time for responding to the Complaint on file herein by four

25  weeks, the matter should be settled by that time.

26  ///

27  ///

28  ///

-1-
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Dated: March 26, 2008

By: /s/ JASON K. SINGLETON
Attorney for Plaintiff

Dated: March 26, 2008

By: /s/ JENNIFER M. MILLIER
Attorney for Defendants

IT IS SO ORDERED.

Dated: March 27, 2008

/s/ Judge Joseph C. Spero
JOSEPH C. SPERO, United States Magistrate Judge

*(Seal: United States District Court, Northern District of California)*

Abbey, Weitzenberg, Warren & Emery, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile: (707) 542-2589

-2-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT