ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
DAVID W. BERRY, SBN 180995
JENNIFER M. MILLIER, SBN 253814
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050
Facsimile: (707) 542-2589

Attorney for Defendants,
AARON SCHMEDEKE, ALYCE SCHMEDEKE,
and BETTY J. OWENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>Plaintiff,<br><br>Vs.<br><br>AARON SCHMADEKE, ALYCE SCHMEDEKE, dba COTTAGE COFFEE SHOP, BETTY J. OWENS, as Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, THOMAS E. STITES, as Trustee of the THOMAS E. STITES TRUST dated January 28, 1994, and DOES ONE to FIFTY, inclusive,<br><br>Defendants. | Case No. 3:08-cv-00670-JCS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that defendants AARON SCHMEDEKE, ALYCE SCHMEDEKE, and BETTY J. OWENS, as Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, may have until April 4, 2008, to respond to the Complaint on file herein. It appears that settlement is imminent and, if the Court extends the time for responding to the Complaint on file herein by four weeks, the matter should be settled by that time.

///

///

///

-1-
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Dated: March 26, 2008

By: /s/ JASON K. SINGLETON
JASON K. SINGLETON
Attorney for Plaintiff

Dated: March 26, 2008

By: /s/ JENNIFER M. MILLIER
JENNIFER M. MILLIER
Attorney for Defendants

**IT IS SO ORDERED.**

Dated: March 27, 2008



JOSEPH C. SPERO, Magistrate Judge
Judge Joseph C. Spero

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile: (707) 542-2589

-2-
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**