ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
DAVID W. BERRY, SBN 180995
JENNIFER M. MILLIER, SBN 253814
P.O. Box 1566
Santa Rosa, CA 95402-1566
Telephone:  (707) 542-5050
Facsimile:  (707) 542-2589

ATTORNEYS FOR DEFENDANTS, OWENS AND SCHMADEKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>        Plaintiff,<br><br>Vs.<br><br>AARON SCHMADEKE, ALYCE SCHMADEKE, dba COTTAGE COFFEE SHOP, BETTY J. OWENS, Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, THOMAS E. STITES, as Trustee of the THOMAS E. STITES Trust dated January 28, 1999, and DOES ONE to FIFTY, inclusive,<br><br>        Defendants.<br>_____ / | Case No. 3:08-cv-00670-JCS<br><br>**NOTICE OF ENTRY OF ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

   PLEASE TAKE NOTICE that on March 27, 2008, the Honorable Magistrate Judge Joseph C. Spero granted Defendants' Stipulation For Extension of Time to Respond to Complaint. A true and correct copy of said order is attached as Exhibit "A" hereto.

Dated: March 28, 2008                    ABBEY, WEITZENBERG, WARREN & EMERY

                                         By: _____
                                             Jennifer M. Millier
                                             Attorney for Defendants

-1-
Notice of Entry of Order

EXHIBIT A

03/26/2008  13:45  17074411533         SINGLETON LAW GROUP         PAGE 04

1  ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
   DAVID W. BERRY, SBN 180995
2  JENNIFER M. MILLIER, SBN 253814
   100 Stony Point Road, Suite 200
3  P.O. Box 1566
   Santa Rosa, CA 95402-1566
4  Telephone:  (707) 542-5050
   Facsimile:  (707) 542-2589
5
   Attorney for Defendants,
6  AARON SCHMEDEKE, ALYCE SCHMEDEKE,
   and BETTY J. OWENS
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  HERBERT S. OLSON,                    Case No. 3:08-cv-00670-JCS

11            Plaintiff,                 **STIPULATION FOR EXTENSION OF
                                         TIME TO RESPOND TO COMPLAINT**
12  Vs.

13  AARON SCHMADEKE, ALYCE
    SCHMEDEKE, dba COTTAGE COFFEE
14  SHOP, BETTY J. OWENS, as Trustee of the
    BETTY J. OWENS REVOCABLE TRUST OF
15  1994, THOMAS E. STITES, as Trustee of the
    THOMAS E. STITES TRUST dated January
16  28, 1994, and DOES ONE to FIFTY, inclusive,

17            Defendants.
                                         /
18

19

20       IT IS HEREBY STIPULATED by and between the parties, through their respective

21  counsel, that defendants AARON SCHMEDEKE, ALYCE SCHMEDEKE, and BETTY J.

22  OWENS, as Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, may

23  have until April 4, 2008, to respond to the Complaint on file herein. It appears that settlement is

24  imminent and, if the Court extends the time for responding to the Complaint on file herein by four

25  weeks, the matter should be settled by that time.

26  ///

27  ///

28  ///

-1-

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Case 3:08-cv-00670-JCS   Document 13   Filed 03/28/2008   Page 4 of 5

03/26/2008  13:45  17074411533   SINGLETON LAW GROUP   PAGE 05
Case 3:08-cv-00670-JCS   Document 12   Filed 03/26/2008   Page 2 of 2

Dated: March 26, 2008

By: /s/ Jason K. Singleton
JASON K. SINGLETON
Attorney for Plaintiff

Dated: March 26, 2008

By: /s/ Jennifer M. Millier
JENNIFER M. MILLIER
Attorney for Defendants

IT IS SO ORDERED.

Dated: March 27, 2008

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

JOSEPH C. SPERO, Judge

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile: (707) 542-2589

# PROOF OF SERVICE
## [Code Civ. Proc. § 1013(a)]

I am employed in the County of Sonoma, California.

I am over the age of eighteen (18) years and not a party to the within cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401. On the date set out below, I served the attached:

**NOTICE OF ENTRY OF ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT**

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Jason K. Singleton | Counsel for Plaintiff |
| Richard E. Grabowski | Herbert S. Olson |
| SINGLETON LAW GROUP | |
| 611 "L" Street, Ste. A | Telephone: (707) 441-1177 |
| Eureka, CA 95501 | Facsimile: (707) 441-1533 |

__XX__ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

_____ (BY OVERNIGHT MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for overnight mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the overnight mail provider the same day as it is placed for processing.

_____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee(s) noted above.

_____ (BY FACSIMILE) I caused said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

_____ (BY ELECTRONIC TRANSMISSION) I caused said document to be transmitted electronically to the email addresses indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 28, 2008, in Santa Rosa, California.

_/s/ Linda Martinez_
Linda Martinez

PROOF OF SERVICE