**JASON K. SINGLETON**, State Bar #166170
jasn@singletonlawgroup.com
**RICHARD E. GRABOWSKI**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177

Attorney for Plaintiff, HERBERT S. OLSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON, | ) Case No. C-08-0670 JCS |
| Plaintiff, | ) |
| v. | ) STIPULATION OF DISMISSAL WITH |
| | ) PREJUDICE AND (Proposed) ORDER |
| AARON SCHMADEKE, ALYCE SCHMADEKE, dba COTTAGE COFFEE SHOP, BETTY J. OWENS, Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, THOMAS E. STITES, as Trustee of the THOMAS E. STITES Trust dated January 28, 1999, and DOES ONE to FIFTY, inclusive, | ) |
| Defendants. | |

Plaintiff **HERBERT S. OLSON** and Defendants **AARON SCHMADEKE, ALYCE SCHMADEKE, dba COTTAGE COFFEE SHOP, BETTY J. OWENS, Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, THOMAS E. STITES, as Trustee of the THOMAS E. STITES Trust dated January 28, 1999** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 4, 2007      /s/ Jason K. Singleton Law Group
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **HERBERT S. OLSON**

**ABBEY, WEITZENBERG, WARREN & EMERY PC**

Dated: April 4, 2007      /s/ David Berry
David Berry, Attorney for Defendants
**AARON SCHMADEKE, ALYCE SCHMADEKE, dba COTTAGE COFFEE SHOP, BETTY J. OWENS, Trustee of the BETTY J. OWENS REVOCABLE TRUST OF 1994, THOMAS E. STITES, as Trustee of the THOMAS E. STITES Trust dated January 28, 1999**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>OLSON vs. SCHMADEKE, et al.</u>, Case Number C-08-0670 JCS, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: _____      _____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE