JASON K. SINGLETON, CSB#166170
RICHARD E. GRABOWSKI, CSB#236207
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177
 FAX 441-1533

**Attorneys for Plaintiff, HERBERT OLSON**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| HERBERT S. OLSON,<br>         Plaintiff(s),<br>     v.<br><br>AARON SCHMADEKE, et al.,<br><br>         Defendant(s). | CASE NUMBER<br><br>C-08-0670 JCS<br><br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) OR (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (Check one)

☐   This action is dismissed by the Plaintiff (s) in its entirety.

☐   The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐   The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐   The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

■   ONLY Defendant (s) <u>**Thomas E. Stites, as Trustee of the Thomas E. Stites Trust dated January 28, 1999**</u>   (are) dismissed from
(Circle one)     <u>Complaint</u>, Counterclaim, Cross-claim, Third Party Claim
brought by _____<u>Plaintiff</u>_____.

The dismissal is made pursuant to Rule 41 (a) or (c) of the Federal Rules of Civil Procedure.

DATED:   April  16, 2008           /s/ Jason K. Singleton
                                      Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

CV-9  (7/01)        NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a) or (c)